UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Crim. No. 09-673 (JLL)

v. : Hon. Jose L. Linares,
United States District Judge

GUY CATRILLO : ORDER

This matter having come before the Court on the motion of defendant Guy Catrillo, for an order terminating his supervised release; and the United States of America (Paul J. Fishman, United States Attorney, by Vikas Khanna, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this 24 day of September, 2012

ORDERED that defendant Guy Catrillo's motion to terminate his supervised release be denied.

HON. JOSE L. LINARES
United States District Judge